MARTIN L. GREENBERG *v.* ALICE D. GREENBERG

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Robert H. Rubin,* for the appellee (plaintiff).

*Harold L. Rosnick,* for the appellant (defendant).

Argued January 2—decided January 2, 1973

ELIZABETH H. WYSKIEL, ADMINISTRATRIX (ESTATE OF RAYMOND A. HUBBARD) *v.* CITY PLAN AND ZONING COMMISSION OF MIDDLETOWN

The plaintiff's motion for leave to withdraw the appeal from the Court of Common Pleas in Middlesex County is denied.

*Robert H. Fraser,* in support of the motion.

Submitted December 15, 1972—decided January 2, 1973

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Middlesex County is granted.

*Robert H. Fraser,* for the named plaintiff.

*Richard C. Robinson* and *Milton Sorokin,* for the plaintiff Middlesex Development Company, Inc.

No appearance for the defendant.

Argued January 2—decided January 2, 1973